PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Andrew Edwards          Cr.: 09-CR-841-01
         PACTS #: 53695

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh

Date of Original Sentence: 08/17/10

Original Offense: Frauds and Swindles

Original Sentence: 2 years Probation; DNA; No New Debt and $400,000 Restitution

Type of Supervision: Prob          Date Supervision Commenced: 08/17/10

## STATUS REPORT

U.S. Probation Officer Action:

On August 17, 2009, the offender began his 24 month term of probation. The offender was transferred to our low intensity caseload on June 27, 2011.

Mr. Edwards currently resides in Parlin, New Jersey. The offender is currently employed with Sirius Radio in New York. The Court ordered the offender to pay $400 a month toward his financial obligation. We believe that Mr. Edwards has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $24,235 toward his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Edwards' term of supervision to expire as scheduled on August 16, 2012.

         Respectfully submitted,

         By: Patricia C. Jensen
             U.S. Probation Officer
             Date: August 11, 2012

[ ✓ ] Concur with the U.S. Probation Office's recommendation
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

8/15/12
_____
Date